MIP

FILED 08 JAN 29 PM 1:40 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 0269

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Rodolfo Mejia-Galan<br>Defendant. | MAGISTRATE CASE NO.<br>COMPLAINT FOR VIOLATION OF<br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii) & (v)(II) Attempted Transportation of Illegal Aliens and Aiding and Abetting<br>Title 18 U.S.C., Section 111(a)(1) and (b) - Assault on a Federal Officer (Felony) |

The undersigned Complainant, being duly sworn, states:

COUNT I

On or about January 27, 2008, within the Southern District of California, defendant Rodolfo MEJIA-Galan, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, Elliot BAUTISTA-JIMENEZ, Luis GERALDO-CARRILLO, and Eduardo BAUTISTA-RAMIREZ, had come to, entered and remained in the United States in violation of law, did attempt to transport and move, said aliens within the United Stated in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324 (a)(1)(A)(ii) & (v)(II).

COUNT II

That on or about January 27, 2008, within the Southern District of California, defendant Rodolfo MEJIA-Galan did knowingly and intentionally and forcibly assault, resist, oppose, impede, or

interfere with a person named in Title 18, United States Code, Section 1114, to wit, Department of Homeland Security, United States Supervisory Border Patrol Agent Kyle Krall, in that defendant attempted to strike Agent Krall with his vehicle, while Agent Krall was engaged in the performance of his official duties; in violation of Title 18, United States code, Sections 111(a)(1) and (b), a felony.

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

FBI

CARLA J. CROFT, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Sworn to me and subscribed in my presence this 29th day of January, 2008.

BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

MIP

UNITED STATES OF AMERICA
v
Rodolfo MEJIA-Galan

PROBABLE CAUSE STATEMENT

The complainant states that Elliot BAUTISTA-JIMENEZ, Luis GERALDO-CARRILLO,and Eduardo BAUTISTA-RAMIREZ are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and they are material witnesses in relation to these criminal charges and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On January 27, 2008, Supervisory Border Patrol Agent ("SBPA") Krall was responding to a call from the California Highway Patrol regarding lost people near Tecate, California. At approximately 6:42 a.m., SBPA Krall was driving west bound on highway 94, near Saxon Road, when he noticed a white Chevrolet pickup with a camper shell on back traveling east bound on highway 94. The previous day, SBPA Krall had noticed the same vehicle in the same area where several groups of illegal aliens had been apprehended. SBPA Krall turned his marked Border Patrol Unit around and followed the pickup truck. SBPA Krall further noticed that the windows on the camper shell were darkened out and that the driver's side window was rolled down despite the heavy rain conditions. Based on his experience, SBPA Krall knew that alien smugglers were known to drive with their windows rolled down possibly indicating a

temperature change caused by multiple people entering the vehicle recently.

SBPA Krall continued to follow the pickup truck east bound on highway 94 toward Potrero, California. The pickup truck turned north bound on Potrero Valley Road and then east on Potrero Park Road. SBPA Krall called in the license plate (CA 3U73145) to San Diego Sector Dispatch. The registration came back to Saul Cardenas of Oceanside, California. There are only a few residences located on Potrero Park Road. These residences are well documented as places where alien smugglers pick up their "loads". Based on SBPA Krall's observations, experience and proximity to the international border, he effected a vehicle stop with lights and sirens on.

The pickup truck pulled off to the side of the road approximately 500 yards west of Potrero Park. SBPA Krall, in full Border Patrol uniform, exited his vehicle and began to approach the pickup truck. When SBPA Krall had almost reached the front end of his patrol vehicle, the pickup truck accelerated away from the agent and headed east bound, entering Potrero County Park. SBPA Krall reentered his vehicle and followed the pickup truck through the park. SBPA Krall maintained sight of the pickup truck as it exited the park and drove south on a dirt road called "Christmas Tree Farm" road. The pickup truck appeared to get stuck in the mud. SBPA Krall parked approximately 30 feet behind the pickup truck, exited his vehicle and approached the pickup truck. SBPA Krall issued verbal commands as he approached. The driver put the pickup in reverse and began to accelerate. SBPA Krall was now approximately six to ten feet behind the pickup truck. The road was very slick due to the rain. SBPA Krall had nowhere to retreat.

Fearing for his life, and perceiving that the driver of the pickup was attempting to run over him, SBPA Krall began shouting verbal commands. The driver failed to yield to the verbal commands and continued to accelerate toward SBPA Krall. SBPA Krall drew is duty weapon and fired three to five shots at the driver in an attempt to eliminate the threat. After the shots were fired, the driver put the vehicle in forward and drove approximately 200 yards before it crashed into an embankment. SBPA Krall previously noted that the driver was a male wearing a jacket with white stripes down the sleeve. SBPA Krall approached the now stopped pickup and noticed a foot imprint on the wet road that was left by the driver as he fled the pickup. SBPA Krall followed the foot markings in a south-east direction toward some brush.

At approximately 8:40 a.m., other agents, who responded to the area, encountered a group of individuals in the vicinity of where the driver had absconded. The individuals initially tried to flee from the agents but eventually ten individuals were apprehended.

**DEFENDANT STATEMENT (Rodolfo MEJIA-GALAN):**

On January 27, 2008, Rodolfo MEJIA-Galan was interviewed by FBI and United States Border Patrol agents. MEJIA-Galan was advised of his Miranda Rights. MEJIA-GALAN stated that he understood his rights and was willing to answer questions without an attorney present.

MEJIA-GALAN told the agents that he was an undocumented alien who currently was residing in Spring Valley, California. MEJIA-Galan stated that he had received the white pickup truck on January 26, 2008 from a man named Constantino LOPEZ. MEJIA-Galan explained that LOPEZ is an alien smuggler from Tijuana, Mexico.

MEJIA-Galan has previously transported smuggled illegal aliens for LOPEZ. Three times that MEJIA-Galan transported the illegal aliens he was successful. MEJIA-Galan was unsuccessful once in 2004, was apprehended and spent time in federal prison.

MEJIA-GARCIA stated he made arrangements with LOPEZ to be paid $400.00 to drive the truck to a designated location in Potrero and drop it off to pick up a group of illegal aliens. MEJIA-Galan was not going to drive the vehicle once the group arrived but get picked up by a man called "El Tuca" who would be driving a cream colored Mitsubishi or Neon. The foot-guide would then drive the "load" to it's destination. This was to be the first time that MEJIA-Galan did not drive the "load" of illegal aliens himself. When he drives the "load", he said he is paid $100.00 for each person in the group.

MEJIA-Galan stated on January 27, 2008, he left his residence in Spring Valley in the white pickup truck at approximately 5:00 a.m. after receiving a call from "El Tuca". MEJIA-Galan was not familiar with the Potrero Park location but LOPEZ had given him directions. While en route to Potrero Park, "El Tuca" called MEJIA-Galan to tell him that the highway 94 Border Patrol Checkpoint was closed and it was safe to drop off the pickup truck. MEJIA-Galan last communicated with "El Tuca" when "El Tuca" was in the Jamul, California area. A short time after he lost telephone contact, MEJIA-Galan noticed a marked Border Patrol vehicle traveling west bound past him. MEJIA-Galan saw the Border Patrol vehicle make a U-turn behind his pickup. The Border Patrol vehicle began following him east bound on highway 94. MEJIA-Galan recalled that he tuned north on Potrero Valley Road and then east on the

road that goes toward Potrero Park. The Border Patrol vehicle was still following him. MEJIA-Galan said he became scared because he is an undocumented alien and because of the previous arrest.

MEJIA-Galan stated that as he approached the park, he observed the Border Patrol vehicle's lights turn on behind him. MEJIA-Galan pulled over and stopped the pickup truck. MEJIA-Galan saw a Border Patrol Agent in full uniform exit the vehicle and approach the driver's side of the pickup truck. MEJIA-Galan said he then sped away toward the park. MEJIA-Galan is not familiar with the park and tried to find a way to escape the park area. MEJIA-Galan drove to a turn around area and was still being pursued by the Border Patrol vehicle. MEJIA-Galan turned and began to drive down a muddy dirt road with trees all around him when the pickup truck got stuck in the mud. MEJIA-Galan said that he put the truck into reverse at least two times and forward at least two times in order to maneuver the pickup out of the mud. MEJIA-Galan heard the Border Patrol Agent yelling at him while he was attempting to free the pickup but he did not understand what the agent was saying. MEJIA-Galan then heard two shots fired and later felt his tire go flat. MEJIA-Galan exited out of the vehicle and began to run away. As he was running, he threw aside a dark colored jacket with white stripes on the sleeves because it was making it difficult for him to run. MEJIA-Galan explained that he ran up a hill and saw approximately ten people in the brush below him. The people in the group began to run different directions. MEJIA-Galan heard the foot-guide say to follow him. MEJIA-Galan said he stayed with approximately four of the people in the group.

**MATERIAL WITNESS STATEMENTS:**

On January 27, 2008, Material Witness Elliot BAUTISTA-JIMENEZ was interviewed at the El Cajon Border Patrol Station. BAUTISTA-JIMENEZ told agents that he had entered the United States by walking across the International Boundary Line on January 26, 2008. BAUTISTA-JIMENEZ stated that upon his arrival to his friend's location in California, his friend was to pay $2,000.00 to the group who helped him cross the border. BAUTISTA-JIMENEZ stated that after walking for most of the night in heavy rain, the group was told by the guide to stop. The sun was just beginning to rise. BAUTISTA-JIMENEZ was not sure exactly how many people were in the group because he never thought to count everyone. BAUTISTA-JIMENEZ was not sure why the group stopped at that particular area but did recall that after they stopped the guide said he was going to call someone. BAUTISTA-JIMENEZ was not sure if the guide was going to have the group walk more or if they were going to be picked up at that location. Shortly after the guide made the phone call, BAUTISTA-JIMENEZ heard the sound of vehicle tires spinning. BAUTISTA-JIMENEZ recalled that whoever was driving the vehicle must have been stepping on the gas because the sound was loud. BAUTISTA-JIMENEZ heard a continuous sound. It did not sound like the vehicle was being rocked back and forth. BAUTISTA-JIMENEZ did not hear any voices but explained that he had plastic over his head to protect him from the rain. After he heard the sound of the tires spinning, BAUTISTA-JIMENEZ heard four gun shots. BAUTISTA-JIMENEZ was startled and began to run. The whole group scattered. BAUTISTA-JIMENEZ saw a man running near the group who did not cross the border with the group. BAUTISTA-JIMENEZ became

tired of running and stopped and waited for Border Patrol Agents to find him. BAUTISTA-JIMENEZ was shown a series of Polaroid photographs of persons arrested following the incident. BAUTISTA-JIMENEZ identified the person in photograph nine as being the person who did not cross the border with the group but was running near the group after the gun shots. Photo #9 depicts the defendant Rodolfo MEJIA-GALAN.

Material Witness Luis GERALDO-CARRILLO provided a similar account of the events as BAUTISTA-JIMENEZ and stated that a family member was going to pay $2,300.00 to $2,500.00 for him to be smuggled to Los Angeles, California upon his arrival. Material Witnesses Eduardo BAUTISTA-RAMIREZ also provided a similar account of the events as BAUTISTA-JIMENEZ and stated that arrangements had been made to pay the smugglers $2,000.00 as a fee for being smuggled. Both GERALDO-CARRILLO and BAUTISTA-RAMIREZ also were shown the series of Polaroid photographs and chose #9 as the person that did not cross with them.

Executed on January 29, 2008 at 11:30 a.m.

FBI

Carla J. Croft, Special Agent
Federal Bureau of Investigation