FILED

FEB 1 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RODOLFO MEJIA-GALAN,<br>Defendant. | ) | Criminal Case No. 08cr360-LAB<br><u>I N F O R M A T I O N</u><br>Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Attempted Transportation of Illegal Aliens and Aiding and Abetting |

The United States Attorney charges:

On or about January 27, 2008, within the Southern District of California, defendant RODOLFO MEJIA-GALAN, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Elliot Bautista-Jimenez, had come to, entered and remained in the United States in violation of law, did attempt to transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: February 12, 2008.

KAREN P. HEWITT
United States Attorney

for CALEB MASON
Assistant U.S. Attorney

CEM:mg:San Diego
2/1/08