AO 455 (Rev. 5/85) Waiver of Indictment

FILED
FEB 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

RODOLFO MEJIA-GALAN

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR 360-LAB

I, RODOLFO MEJIA-GALAN, the above-named defendant, who is accused of committing the following offenses:

Attempted Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 2/12/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Rodolfo Mejia Galan
Defendant

Defense Counsel

Before
Judicial Officer