JULIE A. BLAIR
Attorney at Law
California State Bar Number 190802
964 Fifth, Suite 214
San Diego, California 92101
Telephone: (619) 544-1419

Attorney for Defendant Mejia-Galan

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. RODOLFO MEJIA-GALAN Defendant, | Case No. 08CR0360-LAB<br>Date: JULY 14, 2008<br>Time: 9:30 A.M.<br>**MOTION FOR ORDER TO SHORTEN TIME** |

The above-named defendant, by and through counsel, moves this Court for an order shortening time to file Defendant's Sentencing Objections thirteen (13) days, to be heard July 14, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, for the following reason: Press of Business.

Respectfully submitted,

DATED: July 1, 2008

JULIE A. BLAIR
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>RODOLFO MEJIA-GALAN,<br>Defendant. | **CASE NO. 08CR0360-LAB**<br><br>**PROOF OF SERVICE** |

I, Julie A. Blair, do hereby state:

I am a citizen of the United States and a resident of the County of San Diego, State of California. I am over the age of eighteen years, and am not a party to the within action. My business address is 964 Fifth Avenue, Ste. 335, San Diego, California 92101.

On the this 1st day of July 2008, I served the within **Motion for Order Shortening Time** in Case No. 08CR0360-LAB electronically through the CM/ECF system for the Southern District of California on the United States Attorney's Office, a registered user of the CM/ECF system.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED this day, 1st July 2008, at San Diego, California.

S/Julie A. Blair
JULIE A. BLAIR