UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RODOLFO MEJIA-GALAN<br>Defendant. | Case No. 08CR0360-LAB<br>**ORDER**<br>**<u>TO SHORTEN TIME</u>** |

Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefor,

**IT IS HEREBY ORDERED** that time for filing the Defendant's Sentencing Objections in the above-entitled action be shortened to thirteen (13) days, for hearing on July 14, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard.

**IT IS SO ORDERED.**

DATED: July 1, 2008

**HONORABLE LARRY ALAN BURNS**
UNITED STATES DISTRICT JUDGE